UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
MAR 3 1 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

ERIC RODNEY HILL,　　　　　　　　:

　　　　Plaintiff,　　　　　　　　　　:

v.　　　　　　　　　　　　　　　　　: Civil Action No. 08 0563

SUPERIOR COURT OF THE　　　　　　:
DISTRICT OF COLUMBIA, *et al.*,　　　:

　　　　Defendants.　　　　　　　　:

### DISMISSAL ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

ORDERED that plaintiff's application to proceed *in forma pauperis* is GRANTED, and it is

FURTHER ORDERED that the complaint is DISMISSED for failure to state a claim upon which relief can be granted.

This is a final appealable Order. *See* Fed. R. App. P. 4(a).

SO ORDERED.

　　　　　　　　　　　　　　　　　　/s/ Rosemary M. Collyer
　　　　　　　　　　　　　　　　　　United States District Judge

Date: 3/25/08